**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | C, P & J Corporation d/b/a/ Ploegman Moving & Storage |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 36-3634956 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>209 Christina Dr<br>Dundee, IL 60118<br>Number, Street, City, State & ZIP Code<br><br>Kane<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | ploegmanmovers.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership<br><br>☐ Other. Specify: _____ | |

Debtor    C, P & J Corporation d/b/a/ Ploegman Moving & Storage                    Case number (*if known*) _____

Name

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

    4842

**8.    Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number (if known) |
|--------|--------------------------------------------------------|------------------------|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      January 27, 2016
                        MM / DD / YYYY

**X** /s/ Jorja Boiley                                                           Jorja Boiley
Signature of authorized representative of debtor              Printed name

Title      President

**18. Signature of attorney**

**X** /s/ G. Alexander McTavish                              Date   January 27, 2016
Signature of attorney for debtor                                            MM / DD / YYYY

G. Alexander McTavish
Printed name

Foote, Mielke, Chavez & O'Neil
Firm name

10 W State St, Ste 200
Geneva, IL 60134
Number, Street, City, State & ZIP Code

Contact phone    630-232-7450              Email address    amctavish@fmcolaw.com

Bar number and State

1/22/16 2:35PM

Debtor   C, P & J Corporation d/b/a/ Ploegman Moving & Storage                                    Case number (*if known*) _____
         Name

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 22, 2016
              MM / DD / YYYY

X _____          Jorja Boiley
   Signature of authorized representative of debtor      Printed name

Title   President

**18. Signature of attorney**

X _____          Date   January 22, 2016
   Signature of attorney for debtor                         MM / DD / YYYY

G. Alexander McTavish
Printed name

Foote, Mielke, Chavez & O'Neil
Firm name

10 W State St, Ste 200
Geneva, IL 60134
Number, Street, City, State & ZIP Code

Contact phone   630-232-7450       Email address   amctavish@fmcolaw.com

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    C, P & J Corporation d/b/a/ Ploegman Moving & Storage

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 14, 2016     x _____
                                    Signature of individual signing on behalf of debtor

                                      Jorja Boiley
                                      Printed name

                                      President
                                      Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    C, P & J Corporation d/b/a/ Ploegman Moving & Storage

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..........................................................................    $      0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*......................................................................    $      198,023.00

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*........................................................................    $      198,023.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $      104,456.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................    $      57,264.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................    +$      169,160.00

4. **Total liabilities** ..................................................................................................
     Lines 2 + 3a + 3b      $      330,880.00

**Fill in this information to identify the case:**

Debtor name    C, P & J Corporation d/b/a/ Ploegman Moving & Storage

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank 13300 Route 47 Huntley, IL 60142 | Checking | 6083 | $200.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $200.00

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | Security deposit held by PAL 201, LLC 201 Chrustina Dr Dundee, IL 60118 | $12,496.00 |
|---|---|---|

| 7.2. | Utiltiy deposit - Commonwealth Edison PO Box 6111 Carol Stream, IL 60197 | $575.00 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Utiltiy deposit - NICOR Gas Co
PO Box 5407
7.3.. Carol Stream, IL 60197                                                                                   $514.00

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment
Returned premium due on prepaid and canceled insurance polcies
Paul Hanson Partners
PO Box 5990
8.1.. Napa, CA 94581                                                                                              $8,338.00

---

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                              $21,923.00

---

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:          18,900.00      -          1,900.00      = ....          $17,000.00
                                         face amount                    doubtful or uncollectible accounts

---

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                  $17,000.00

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number (If known) _____ |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Miscellaneous office furniture - see depreciation schedule attached | $0.00 | | $1,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment and supplies - used computers, printers and phone system - see depreciation schedule attached | $0.00 | | $1,000.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $2,000.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. 2007 16' Izusu straight truck - see depreciation schedule of all vehicles attached | $0.00 | | $7,500.00 |
| 47.2.. 1992 26' International straight truck | $0.00 | | $7,500.00 |
| 47.3.. 1995 26' International straight truck | $0.00 | | $8,500.00 |
| 47.4.. 1999 Freightliner tractor | $0.00 | | $25,000.00 |
| 47.5.. 2007 Freightliner tractor | $0.00 | | $30,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

1/27/16 3:11PM

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number *(if known)* | |
| | Name | | |

| 47.6.. | 1990 48' Kentucky trailer | $0.00 | | $15,000.00 |
| 47.7.. | 1992 48' Kentucky trailer | $0.00 | | $15,000.00 |
| 47.8.. | 2006 53' Kentucky trailer | $0.00 | | $15,000.00 |
| 47.9.. | 53' Apex trailer | $0.00 | | $15,000.00 |
| 47.10.. | 1999 26' International straight truck | $0.00 | | $7,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Warehouse containers, pads, racking, cartons, dollies, and miscellaneous warehouse equipment                    $0.00                    $10,000.00

51. **Total of Part 8.**                    $156,000.00
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   209 Christina Lane<br>East Dundee, IL 60118 | Leasehold | $0.00 | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number *(If known)* |
|--------|-----------------|-----------------|
| | Name | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|----------------------------------------|-----------------------------------|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** | | | |
| **62.**  **Licenses, franchises, and royalties** Various certificates, and licenses to operate a moving and storage business | $900.00 | | $900.00 |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| **64.**  **Other intangibles, or intellectual property** | | | |
| **65.**  **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$900.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

1/27/16 3:11PM

Debtor    C, P & J Corporation d/b/a/ Ploegman Moving & Storage          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $21,923.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $156,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $900.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $198,023.00 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $198,023.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

1/13/2016 **C P & J CORPORATION** Company: CPJ
14:41 Federal ID #: ███████ Page: 1
Asset Summary - Federal Tax Basis
Period Ended 12/31/15

| Num | Loc | Property Description | Acquired | T | Method | Life | Cost/Basis | 179 Exp/AFD | Add SDA | Prior Depr. | Current Depr. | Ending Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Group # 1 OFFICE EQUIPMENT 135** | | | | | | | | | | |
| 1 | 1 | SOFTWARE | 09/30/96 | N | MACRS | 5 | 10,000.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |
| 2 | 1 | FLASH CABLE | 10/15/98 | N | MACRS | 5 | 2,685.00 | 0.00 | 0.00 | 2,685.00 | 0.00 | 2,685.00 |
| 3 | 1 | DESK PANELS | 02/01/99 | N | MACRS | 7 | 2,217.00 | 0.00 | 0.00 | 2,217.00 | 0.00 | 2,217.00 |
| 4 | 1 | OFFICE CHAIRS | 08/01/99 | N | MACRS | 7 | 200.00 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| 5 | 1 | COPIER DRUM | 12/01/00 | N | MACRS | 7 | 249.00 | 0.00 | 0.00 | 249.00 | 0.00 | 249.00 |
| 6 | 1 | FAX MACHINE | 12/31/00 | N | MACRS | 5 | 325.00 | 0.00 | 0.00 | 325.00 | 0.00 | 325.00 |
| 7 | 1 | LATERAL FILES | 12/31/02 | N | MACRS | 5 | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 | 400.00 |
| 8 | 1 | PANEL CARTS | 10/31/89 | N | MACRS | 7 | 1,079.00 | 0.00 | 0.00 | 1,079.00 | 0.00 | 1,079.00 |
| 9 | 1 | COMPUTER SERVER | 12/31/04 | N | MACRS | 7 | 1,473.00 | 0.00 | 0.00 | 1,473.00 | 0.00 | 1,473.00 |
| 10 | 1 | NEXTEL PHONES | 12/31/00 | N | MACRS | 7 | 320.00 | 0.00 | 0.00 | 320.00 | 0.00 | 320.00 |
| 11 | 1 | XEROX COPIER | 08/02/99 | N | MACRS | 7 | 1,082.00 | 0.00 | 0.00 | 1,082.00 | 0.00 | 1,082.00 |
| 12 | 1 | OKIDATA PRINTER | 01/01/02 | N | MACRS | 5 | 605.00 | 0.00 | 0.00 | 605.00 | 0.00 | 605.00 |
| 13 | 1 | NEXTEL PHONE | 01/01/02 | N | MACRS | 5 | 214.00 | 0.00 | 0.00 | 214.00 | 0.00 | 214.00 |
| 14 | 1 | TAPE DRIVE | 01/01/02 | N | MACRS | 5 | 236.00 | 0.00 | 0.00 | 236.00 | 0.00 | 236.00 |
| 15 | 1 | COMPUTER MODEM | 01/01/02 | N | MACRS | 5 | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 | 121.00 |
| 16 | 1 | DELL COMPUTER | 11/20/06 | N | MACRS | 5 | 836.00 | 0.00 | 0.00 | 836.00 | 0.00 | 836.00 |
| 17 | 1 | COMPUTER EQUIP | 10/23/07 | N | MACRS | 5 | 1,017.00 | 0.00 | 0.00 | 1,017.00 | 0.00 | 1,017.00 |
| 18 | 1 | VOSTRO COMPUTER | 12/27/07 | N | MACRS | 5 | 477.00 | 0.00 | 0.00 | 477.00 | 0.00 | 477.00 |
| 19 | 1 | COMPUTER EQUIP | 05/15/09 | N | MACRS | 5 | 1,108.00 | 0.00 | 554.00 | 1,108.00 | 0.00 | 1,108.00 |
| 20 | 1 | MISC EQUIPMENT | 07/01/96 | N | MACRS | 5 | 163.24 | 0.00 | 0.00 | 163.24 | 0.00 | 163.24 |
| 21 | 1 | OFFICE I-PAD | 04/28/14 | N | MACRS | 5 | 567.35 | 0.00 | 283.68 | 340.42 | 90.78 | 431.20 |
| | | | | | **Group # 1 Total** | | 25,374.59 | 0.00 | 837.68 | 25,147.66 | 90.78 | 25,238.44 |
| | | **Group # 2 VEHICLES & EQUIPMENT 137** | | | | | | | | | | |
| 1 | 1 | TRUCK | 08/31/95 | N | MACRS | 5 | 44,300.00 | 0.00 | 0.00 | 44,300.00 | 0.00 | 44,300.00 |
| 2 | 1 | 98 INTERNATIONAL | 08/15/98 | N | MACRS | 5 | 51,050.00 | 0.00 | 0.00 | 51,050.00 | 0.00 | 51,050.00 |
| 3 | 1 | 97 GMC TRUCK | 12/31/97 | N | MACRS | 3 | 27,671.00 | 0.00 | 0.00 | 27,671.00 | 0.00 | 27,671.00 |
| 4 | 1 | 99 FREIGHTLINER | 06/01/01 | N | MACRS | 7 | 48,000.00 | 0.00 | 0.00 | 48,000.00 | 0.00 | 48,000.00 |
| 5 | 1 | TRAILER #755A | 12/12/01 | N | MACRS | 7 | 20,250.00 | 0.00 | 0.00 | 20,250.00 | 0.00 | 20,250.00 |
| 6 | 1 | TRACTOR #30550 | 11/12/01 | N | MACRS | 7 | 36,000.00 | 0.00 | 0.00 | 36,000.00 | 0.00 | 36,000.00 |
| 7 | 1 | 03 TRUCK REPAIR | 12/31/03 | N | MACRS | 7 | 17,705.00 | 0.00 | 0.00 | 17,705.00 | 0.00 | 17,705.00 |
| 8 | 1 | 04 FORKLIFT | 06/04/04 | N | MACRS | 7 | 10,025.00 | 0.00 | 0.00 | 10,025.00 | 0.00 | 10,025.00 |
| 9 | 1 | REFURB #700A | 11/05/05 | N | MACRS | 7 | 13,711.00 | 0.00 | 0.00 | 13,711.00 | 0.00 | 13,711.00 |
| 10 | 1 | REFURB #282 | 11/05/05 | N | MACRS | 7 | 3,650.00 | 0.00 | 0.00 | 3,650.00 | 0.00 | 3,650.00 |
| 11 | 1 | TRAILER #563A | 05/17/05 | N | MACRS | 7 | 52,025.00 | 0.00 | 0.00 | 52,025.00 | 0.00 | 52,025.00 |
| 12 | 1 | CREDIT CARD EQUIP | 06/05/92 | N | MACRS | 7 | 480.00 | 0.00 | 0.00 | 431.33 | 0.00 | 431.33 |
| 13 | 1 | EQUIPMENT | 07/31/95 | N | MACRS | 7 | 3,895.00 | 0.00 | 0.00 | 3,895.00 | 0.00 | 3,895.00 |
| 14 | 1 | EQUIPMENT | 08/31/95 | N | MACRS | 7 | 4,064.00 | 0.00 | 0.00 | 4,064.00 | 0.00 | 4,064.00 |
| 15 | 1 | EQUIPMENT | 08/31/95 | N | MACRS | 7 | 1,431.00 | 0.00 | 0.00 | 1,431.00 | 0.00 | 1,431.00 |
| 16 | 1 | EQUIPMENT | 08/31/95 | N | MACRS | 7 | 1,198.00 | 0.00 | 0.00 | 1,198.00 | 0.00 | 1,198.00 |
| 17 | 1 | EQUIPMENT | 10/31/95 | N | MACRS | 7 | 3,190.00 | 0.00 | 0.00 | 3,190.00 | 0.00 | 3,190.00 |
| 18 | 1 | EQUIPMENT | 08/31/95 | N | MACRS | 7 | 1,770.00 | 0.00 | 0.00 | 1,770.00 | 0.00 | 1,770.00 |
| 19 | 1 | EQUIPMENT | 12/31/95 | N | MACRS | 7 | 2,540.00 | 0.00 | 0.00 | 2,540.00 | 0.00 | 2,540.00 |
| 20 | 1 | TRAILER #700A | 02/29/96 | N | MACRS | 5 | 26,000.00 | 0.00 | 0.00 | 26,000.00 | 0.00 | 26,000.00 |
| 21 | 1 | DOLLYS | 12/31/96 | N | MACRS | 5 | 279.00 | 0.00 | 0.00 | 279.00 | 0.00 | 279.00 |
| 22 | 1 | STORAGE & VAULTS | 07/01/99 | N | MACRS | 7 | 7,669.00 | 0.00 | 0.00 | 7,669.00 | 0.00 | 7,669.00 |
| 23 | 1 | STRAPS & PADS | 06/01/00 | N | MACRS | 7 | 3,092.00 | 0.00 | 0.00 | 3,092.00 | 0.00 | 3,092.00 |
| 24 | 1 | VAULTS | 12/31/00 | N | MACRS | 7 | 6,443.00 | 0.00 | 0.00 | 6,443.00 | 0.00 | 6,443.00 |
| 25 | 1 | TRUCK #282 | 06/30/95 | N | MACRS | 5 | 27,000.00 | 0.00 | 0.00 | 27,000.00 | 0.00 | 27,000.00 |
| 26 | 1 | REPAIRS #266 | 08/14/06 | N | MACRS | 5 | 5,463.00 | 0.00 | 0.00 | 5,463.00 | 0.00 | 5,463.00 |
| 27 | 1 | DOLLIES | 10/11/07 | N | MACRS | 5 | 1,680.00 | 0.00 | 0.00 | 1,680.00 | 0.00 | 1,680.00 |
| 28 | 1 | 06 KENTUCKY TRAILER | 03/19/09 | N | MACRS | 5 | 37,718.00 | 0.00 | 18,859.00 | 37,718.00 | 0.00 | 37,718.00 |
| 29 | 1 | ADT SECURITY SYSTEM | 04/01/09 | N | MACRS | 7 | 600.00 | 0.00 | 300.00 | 563.41 | 26.61 | 590.02 |
| 30 | 1 | TRAILER EQUIP #144 | 04/29/09 | N | MACRS | 5 | 2,586.00 | 0.00 | 1,293.00 | 2,586.00 | 0.00 | 2,586.00 |

1/13/2016
14:41

**C P & J CORPORATION**
Federal ID #: 36-3634956
Asset Summary - Federal Tax Basis
Period Ended 12/31/15

Company:   CPJ
Page:   2

| Num | Loc | Property Description | Acquired | T | Method | Life | Cost/Basis | 179 Exp/AFD | Add SDA | Prior Depr. | Current Depr. | Ending Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Group # 2 VEHICLES & EQUIPMENT 137 (Continued) | | | | | | | | | | | | |
| 31 | 1 | 07 BOX TRUCK | 11/25/09 | N | MACRS | 5 | 35,593.00 | 0.00 | 17,796.50 | 35,593.00 | 0.00 | 35,593.00 |
| 32 | 1 | TRUCK DECALS | 01/08/10 | N | MACRS | 5 | 791.00 | 0.00 | 395.50 | 768.22 | 22.78 | 791.00 |
| 33 | 1 | HAND TRUCKS | 07/31/12 | N | MACRS | 5 | 1,292.00 | 0.00 | 646.00 | 1,105.95 | 74.42 | 1,180.37 |
| 34 | 1 | MOVING PADS | 03/31/12 | N | MACRS | 5 | 1,077.00 | 0.00 | 538.50 | 921.91 | 62.04 | 983.95 |
| 35 | 1 | VEHICLE REFURB | 03/31/12 | N | MACRS | 5 | 29,521.00 | 0.00 | 14,760.50 | 25,269.98 | 1,700.41 | 26,970.39 |
| 36 | 1 | 07 FREIGHTLINER | 07/19/13 | N | MACRS | 3 | 41,425.00 | 0.00 | 20,712.50 | 36,822.22 | 3,068.52 | 39,890.74 |
| | | | Group # 2 Total | | | | 571,184.00 | 0.00 | 75,301.50 | 561,881.02 | 4,954.78 | 566,835.80 |
| Group # 3 INTANGIBLE ASSETS 177 | | | | | | | | | | | | |
| 1 | 1 | SOFTWARE | 02/17/09 | M | SL | 3 | 2,055.00 | 0.00 | 0.00 | 2,055.00 | 0.00 | 2,055.00 |
| | | | Group # 3 Total | | | | 2,055.00 | 0.00 | 0.00 | 2,055.00 | 0.00 | 2,055.00 |
| | | | Grand Total | | | | 598,613.59 | 0.00 | 76,139.18 | 589,083.68 | 5,045.56 | 594,129.24 |

1/27/16 3:11PM

**Fill in this information to identify the case:**

Debtor name    C, P & J Corporation d/b/a/ Ploegman Moving & Storage

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   Arpin Van Lines<br><br>Creditor's Name<br><br><br><br>99 James P Murphy Hwy<br>West Warwick, RI 02893<br><br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>2007 16' Izusu straight truck<br>2006 53' Kentucky Trailer<br>2007 Freightliner Tractor<br>Whether creditor's lien has been properly perfected is uncertain<br><br>**Describe the lien**<br>Security Interest | $104,456.00 | $52,500.00 |

     Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $104,456.00 |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | Line | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        C, P & J Corporation d/b/a/ Ploegman Moving & Storage

United States Bankruptcy Court for the:        NORTHERN DISTRICT OF ILLINOIS

Case number (if known)        _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |
| | Illinois Dept of Employment Sec | $1,108.00 | $1,108.00 |
| | Benefit Payment & Control Divn | | |
| | PO Box 4385 | | |
| | Chicago, IL 60680 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| 2015 | 3rd and 4th qtr 2015 940 taxes |

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address** | | |
| | Illinois Dept of Revenue | $1,332.00 | $1,332.00 |
| | Bankruptcy Section | | |
| | PO Box 64338 | | |
| | Chicago, IL 60664-0338 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| 2015 | 4th qtr 941 taxes |

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  C, P & J Corporation d/b/a/ Ploegman Moving & Storage

Name

Case number (if known)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,402.00 | $12,402.00 |
|---|---|---|---|---|

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015

**Basis for the claim:**
3rd & 4th qtr 2015 941 taxes

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015

**Basis for the claim:**
4th qtr 940 taxes

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,000.00 | $12,475.00 |
|---|---|---|---|---|

**Jorja Boiley**
W9014 R&D Townline Rd
Delavan, WI 53115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Wages

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,000.00 | $12,475.00 |
|---|---|---|---|---|

**Robert Craig Boiley**
1380 Oakhill Ln
Hampshire, IL 60140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Wages

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

1/27/16 3:11PM

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 | $207.00 |
|---|---|---|---|---|

**Special Procedures Unit**
Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708-8901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2015 | 4th qtr withholding |

**Last 4 digits of account number**

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |
|---|---|---|---|

**AT&T**
PO Box 5080
Carol Stream, IL 60197

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

| Date or dates debt was incurred | Various |
|---|---|

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    7075

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,492.00 |
|---|---|---|---|

**ATS, Inc**
PO Box 1450
Minneapolis, MN 55480-7130

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

| Date or dates debt was incurred | July 2015 |
|---|---|

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 |
|---|---|---|---|

**besearched.com**
3515 Manchester Rd, Ste A
Akron, OH 44319

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

| Date or dates debt was incurred | 2015 |
|---|---|

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

1/27/16 3:11PM

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,110.00 |
|---|---|---|---|
| | Chris Baillie | *Check all that apply.* | |
| | 1N498 Seminole | ☐ Contingent | |
| | Winfield, IL 60190 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:** Sale commission due

Date or dates debt was incurred    May-Dec 2015

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.00 |
|---|---|---|---|
| | Comcast | *Check all that apply.* | |
| | PO Box 3002 | ☐ Contingent | |
| | Southeastern, PA 19398-3002 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:** Goods and services

Date or dates debt was incurred    Various

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    4870

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 |
|---|---|---|---|
| | Commonwealth Edison | *Check all that apply.* | |
| | PO Box 6111 | ☐ Contingent | |
| | Carol Stream, IL 60197 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:** Services

Date or dates debt was incurred    Various

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    6069

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,706.00 |
|---|---|---|---|
| | EMSI | *Check all that apply.* | |
| | 1548 Bond St | ☐ Contingent | |
| | Naperville, IL 60563 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred    2003

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,552.00 |
|---|---|---|---|

First Insurance
450 Skokie Blvd
Northbrook, IL 60062-7917

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Premium financing

Date or dates debt was incurred   May 2015 - May 2016

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 |
|---|---|---|---|

J J Keller
PO Box 6609
Carol Stream, IL 60197-6609

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred   October 2015

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,202.00 |
|---|---|---|---|

Jeff Lake & Sons
PO Box 61
Gilberts, IL 60136

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred   2009

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,125.00 |
|---|---|---|---|

JMB Dispatch
124 Courtney Ln
Waynesville, NC 28785

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred   December 2015

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,349.00 |
|---|---|---|---|

Jorja Boiley
W9014 R&D Townline Rd
Delavan, WI 53115

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan payable

Date or dates debt was incurred   8/2015 - 10/2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,025.00 |
|---|---|---|---|

Krasnow Saunders
500 N Dearborn, 2nd Fl
Chicago, IL 60654

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred   August 2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,604.00 |
|---|---|---|---|

Midwest Truckers Risk Mgmt Assn
2 E Main St
Danville, IL 61832

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

Date or dates debt was incurred   Various

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $273.00 |
|---|---|---|---|

NICOR Gas
PO Box 5407
Carol Stream, IL 60197

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred   Various

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   2807

---

1/27/16 3:11PM

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,400.00 |
|---|---|---|---|
| | PAL 201, LLC | Check all that apply. | |
| | 201 Christina Dr | ☐ Contingent | |
| | Dundee, IL 60118 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:** Past due rent

Date or dates debt was incurred    2015 - 2016

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.00 |
|---|---|---|---|
| | Pete's A Towing | Check all that apply. | |
| | 15N350 Rte 25 | ☐ Contingent | |
| | Dundee, IL 60118 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:** Goods and services

Date or dates debt was incurred    2015

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 |
|---|---|---|---|
| | Relocation Express LLC | Check all that apply. | |
| | 13755 Diplomat Dr, #200 | ☐ Contingent | |
| | Dallas, TX 75234 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:** Goods and services

Date or dates debt was incurred    12/2015

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,844.00 |
|---|---|---|---|
| | RT Boiley | Check all that apply. | |
| | 1380 Oak Hill Ln | ☐ Contingent | |
| | Hampshire, IL 60140 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:** Loan payable

Date or dates debt was incurred    2009

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

1/27/16 3:11PM

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $375.00 |
|---|---|---|---|

Star International Movers
21598 Atlantic Blvd, #100
Sterling, VA 20166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred    2015

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | | $63.00 |
|---|---|---|---|

Suburban Propane
PO Box 290
Whippany, NJ 07981-0290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred    12/2015

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | $17,719.00 |
|---|---|---|---|

Tim Slove

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
Commission due

Date or dates debt was incurred    2014

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $567.00 |
|---|---|---|---|

Tyco Integrated Security
10405 Crosspoint Blvd
Indianapolis, IN 46256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred    Various

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    9636    ☐ Yes

---

1/27/16 3:11PM

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 |
|---|---|---|---|

Verizon
PO Box 4002
Acworth, GA 30101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and services

Date or dates debt was incurred    Various

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,575.00 |
|---|---|---|---|

Ward, Lane & Assoc
1250 Larkin Ave, #1200
Elgin, IL 60123-6078

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

Date or dates debt was incurred    2014 - 2015

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 57,264.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 169,160.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 226,424.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name _C, P & J Corporation d/b/a/ Ploegman Moving & Storage_

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Lease of office and warehouse at 209 Christina Dr, East Dundee, IL 60118 | |
| State the term remaining — 19 mos | |
| List the contract number of any government contract — _____ | PAL 201, LLC<br>201 Christina Dr<br>Dundee, IL 60118 |

**Fill in this information to identify the case:**

Debtor name ___C, P & J Corporation d/b/a/ Ploegman Moving & Storage___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name: C, P & J Corporation d/b/a/ Ploegman Moving & Storage

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | For prior year: From 1/01/2015 to 12/31/2015 | ■ Operating a business ☐ Other | $549,833.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|---|
   | 3.1. | PAL 201, Ltd 201 Christina Dr Dundee, IL 60118 | October 1, 2015 | $7,462.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  Rent |

1/27/16 3:11PM

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number *(if known)* | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| Jeff Lake & Sons PO Box 61 Gilberts, IL 60136 | Refuses to return 26' International straight truck in dispute over repair bill Last 4 digits of account number: _____ | 2009 | $7,500.00 |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

1/27/16 3:11PM

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number *(if known)* | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Foote, Mielke, Chavez & O'Neil, LLC<br>10 W State St, Ste 200<br>Geneva, IL 60134 | Attorneys fee | 1/6/2016 | $2,500.00 |
| | Email or website address<br>fmcolaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Foote, Mielke, Chavez & O'Neil, LLC<br>10 W State St, Ste 200<br>Geneva, IL 60134 | Filing fee | January 20, 2016 | $335.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

1/27/16 3:11PM

Debtor   C, P & J Corporation d/b/a/ Ploegman Moving & Storage                    Case number *(if known)* _____

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer was<br>made | Total amount or<br>value |
|---|---|---|---|
| 13.1<br>· Midwest Moving & Storage<br>1255 Tonne Rd<br>Elk Grove Village, IL 60007 | Sale of pallets | 4/2015 | $1,680.00 |
| Relationship to debtor<br>None | | | |
| 13.2<br>· Boerman Moving & Storage<br>2420 Davey Rd<br>Woodridge, IL 60517 | Sale of pallets | 4/2015 | $1,800.00 |
| Relationship to debtor<br>None | | | |
| 13.3<br>· Midwest Moving & Storage<br>1255 Tonne Rd<br>Elk Grove Village, IL 60007 | Komatsu forklift | 1/22/2016 | $3,000.00 |
| Relationship to debtor<br>None | | | |

## Part 7:   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the<br>debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   Debtor collected and retained credit card information from customers to
   allow for automatic collection of storage charges. Debtor has removed all
   such information prior to filing.
   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

/27/16 3:11PM

Debtor    C, P & J Corporation d/b/a/ Ploegman Moving & Storage                    Case number *(if known)* _____

---

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various | 209 Christina Dr Dundee, IL 60118 | There are numerous containers in the debtor's warehouse containing the personal property of its customers. Debtor has made arrangements with other warehouses to take those containers so as to remove them from the leased premises and provide the debtor's customers with an alternative place to store their property. | Unknown |

### Part 12:    Details About Environment Information

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number *(if known)* |
|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Ward Lane & Assoc<br>1250 Larkin Ave, Suite 200<br>Elgin, IL 60123 | June 2014 - present |
| 26a.2. | CGFS, Inc<br>540 Lake St<br>Roselle, IL 60172 | 1999 - 2013 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | C, P & J Corporation d/b/a/ Ploegman Moving & Storage | Case number *(if known)* |

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jorja Boiley | W9014 R&D Townline Rd Delavan, WI 53115 | President, director | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Craig Boiley | 1380 Oakhill Ln Hampshire, IL 60140 | Secretary, director | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jorja Boiley W9014 R&D Townline Rd Delavan, WI 53115 | $31,000 in salary and draws in 2015 | Various | Compensation |
| | **Relationship to debtor** President, director, shareholder | | | |

Debtor   C, P & J Corporation d/b/a/ Ploegman Moving & Storage _____   Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 Robert Craig Boiley<br>1380 Oakhill Ln<br>Hampshire, IL 60140 | $31,000 in salary and draws in 2015 | Various | Compensation |
| **Relationship to debtor**<br>Secretary, director, shareholder | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 27, 2016 _____

/s/ Jorja Boiley _____                    Jorja Boiley _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor    C, P & J Corporation d/b/a/ Ploegman Moving & Storage          Case number *(if known)*

Name of the parent corporation                    **Employer Identification number of the parent
                                                  corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and
correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____January 14, 2016____

_Jorja Boiley_                              Jorja Boiley
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor _____President____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    C, P & J Corporation d/b/a/ Ploegman Moving & Storage    Case No. _____

Debtor(s)    Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.   $ __335.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor    □ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor    □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
     firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A)
         for avoidance of liens on household goods.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any adversary proceeding or contested matter, including without limitation, any
     proceeding objecting to the debtor's discharge or the dischargeability of any debt. Avoidance of any lien other than a set
     forth above.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

January 27, 2016
_____
*Date*

G. Alexander McTavish
*Signature of Attorney*
Foote, Mielke, Chavez & O'Neil
10 W State St, Ste 200
Geneva, IL 60134
630-232-7450   Fax: 630-232-7452
amctavish@fmcolaw.com
*Name of law firm*

---

## CONTRACT FOR LEGAL SERVICES

Foote, Mielke, Chavez & O'Neil, LLC (FMCO) and JORJA BOILEY and
ROBERT CRAIG BOILEY (Client) agree as follows:

1.  FMCO is a law firm which helps people file for relief under the
Bankruptcy Code and is therefore a debt relief agency under § 528 of the
United States Bankruptcy Code.

2.  Client has sought the assistance of FMCO to help file for relief under
the Bankruptcy Code.

3.  Client acknowledges that Client has received the disclosures required
by §§ 527, 528, and 341 of the Bankruptcy Code and has read and
understood those documents.

4.  Client desires to retain the services of FMCO to file a petition on
behalf of C, P & J CORPORATION D/B/A PLOEGMAN MOVING &
STORAGE (Debtor) for relief under the Bankruptcy Code.

5.  Client acknowledges that Client has discussed with an attorney at
FMCO the various chapters and options under the Bankruptcy Code and
what chapter and form of relief will best suit Client's needs.

6.  If the parties determine that a Chapter 7 bankruptcy is the best
option, Client shall pay to FMCO a fee of $2,500.00 (the Fee) for legal
services which include the following—

(a) analysis of Debtor's financial situation, and rendering advice to the
Debtor and the Client in determining whether to file a petition in
bankruptcy;

(b)    preparation and filing of any petition, schedules, statement of affairs and plan which may be required; and

(c) representation of the Debtor at the meeting of creditors and confirmation hearing, if any, and any adjourned hearings thereof.

7.  Client understands and agrees that the Fee does not cover representation of the Debtor in any action concerning judicial lien avoidance, relief from stay or any other contested or adversary proceeding arising under the Bankruptcy Code, or arising in or related to Debtor's bankruptcy case. Client understands and agrees that FMCO is not obligated to represent the Debtor in any such proceeding and that if Client wishes FMCO to represent the Debtor in such a proceeding, the parties will enter into a separate agreement.

8.  If the Debtor files a petition under Chapter 7 of the Bankruptcy Code, Client will pay a filing fee of $335.00 (the Filing Fee) to the United States Bankruptcy Court, and will reimburse FMCO for any other costs or expenses incurred by FMCO on behalf of Client or the Debtor in connection with the case, and that such expenses are separate from and in addition to the Fee agreed to be paid under paragraph 6 of this agreement.

9.  Client understands and agrees that the bankruptcy petition will not be filed until the Filing Fee and Fee set forth in paragraph 6 are paid in full.

10.    If Client decides not to file for relief under the Bankruptcy Code, Client agrees to pay FMCO for its services based upon the time spent upon Client's matter at the rate of $260 per hour due immediately upon receipt of an invoice therefor. If such invoice is not paid in full within 30 days of the date thereof, Client shall pay interest at the rate of 18% per annum

upon the unpaid balance due from time to time and all costs and expenses, including attorneys' fees, incurred by FMCO to collect the balance due.

G. Alexander McTavish
Foote, Mielke, Chavez & O'Neil, LLC
10 W. State St., Suite 200
Geneva, IL 60134

JORJA BOILEY

ROBERT CRAIG BOILEY

Page 3 of 7

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

### Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appear on Official Form 22, Statement of Current Monthly Income, are required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustees, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)     the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)     the effect of receiving a discharge of debts;
(3)     the effect of reaffirming a debt; and
(4)     your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

**AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.**

_____        _____
Debtor's Signature                                        Date

# United States Bankruptcy Court
## Northern District of Illinois

In re    C, P & J Corporation d/b/a/ Ploegman Moving & Storage

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    28

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    January 14, 2016

Jorja Boiley President
Signer/Title

Arpin Van Lines
99 James P Murphy Hwy
West Warwick, RI 02893

AT&T
PO Box 5080
Carol Stream, IL 60197

ATS, Inc
PO Box 1450
Minneapolis, MN 55480-7130

besearched.com
3515 Manchester Rd, Ste A
Akron, OH 44319

Chris Baillie
1N498 Seminole
Winfield, IL 60190

Comcast
PO Box 3002
Southeastern, PA 19398-3002

Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197

EMSI
1548 Bond St
Naperville, IL 60563

First Insurance
450 Skokie Blvd
Northbrook, IL 60062-7917

Illinois Dept of Employment Sec
Benefit Payment & Control Divn
PO Box 4385
Chicago, IL 60680

Illinois Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


J J Keller
PO Box 6609
Carol Stream, IL 60197-6609


Jeff Lake & Sons
PO Box 61
Gilberts, IL 60136


JMB Dispatch
124 Courtney Ln
Waynesville, NC 28785


Jorja Boiley
W9014 R&D Townline Rd
Delavan, WI 53115


Krasnow Saunders
500 N Dearborn, 2nd Fl
Chicago, IL 60654


Midwest Truckers Risk Mgmt Assn
2 E Main St
Danville, IL 61832


NICOR Gas
PO Box 5407
Carol Stream, IL 60197


PAL 201, LLC
201 Christina Dr
Dundee, IL 60118


Pete's A Towing
15N350 Rte 25
Dundee, IL 60118


Relocation Express LLC
13755 Diplomat Dr, #200
Dallas, TX 75234

Robert Craig Boiley
1380 Oakhill Ln
Hampshire, IL 60140


RT Boiley
1380 Oak Hill Ln
Hampshire, IL 60140


Special Procedures Unit
Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708-8901


Star International Movers
21598 Atlantic Blvd, #100
Sterling, VA 20166


Suburban Propane
PO Box 290
Whippany, NJ 07981-0290


Tim Slove


Tyco Integrated Security
10405 Crosspoint Blvd
Indianapolis, IN 46256


Verizon
PO Box 4002
Acworth, GA 30101


Ward, Lane & Assoc
1250 Larkin Ave, #1200
Elgin, IL 60123-6078

# United States Bankruptcy Court
## Northern District of Illinois

In re   C, P & J Corporation d/b/a/ Ploegman Moving & Storage
                                                                        Case No.
                                          Debtor(s)                     Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   C, P & J Corporation d/b/a/ Ploegman Moving & Storage   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 27, 2016
Date

Signature of Attorney or Litigant
G. Alexander McTavish
Counsel for   C, P & J Corporation d/b/a/ Ploegman Moving & Storage
Foote, Mielke, Chavez & O'Neil
10 W State St, Ste 200
Geneva, IL 60134
630-232-7450 Fax:630-232-7452
amctavish@fmcolaw.com