UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| C, P & J Corporation d/b/a Ploegman | § § § § | Case No. 16-02478 |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/27/2016. The undersigned trustee was appointed on 01/27/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 78,930.44 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 17,021.29 |
| Bank Service Fees | | 393.96 |
| Other Payments to Creditors | | 29,258.02 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 32,257.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 05/23/2016 and the deadline for filing governmental claims was 07/25/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $7,196.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $7,196.52, for a total compensation of $7,196.52. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $450.00 for total expenses of $450.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :   04/20/2017                                       By :   /s/ Elizabeth Berg
                                                                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 16-02478  
Case Name: C, P & J Corporation d/b/a Ploegman  
For Period Ending: 04/20/2017  

Judge: Janet S. Baer  

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 01/27/2016 (f)  
341(a) Meeting Date: 02/22/2016  
Claims Bar Date: 05/23/2016  

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | PNC Bank - Checking Account | 200.00 | 12,808.48 | | 3,943.62 | FA |
| 2. | Security Deposits-PAL 201 LLC | 12,496.00 | 0.00 | | 0.00 | FA |
| 3. | Security Deposits-Com Ed | 575.00 | 0.00 | | 0.00 | FA |
| 4. | Security Deposits-Nicor | 514.00 | 0.00 | | 0.00 | FA |
| 5. | Insurance Policies-Returned premium on prepaid /canceled policies | 8,338.00 | 0.00 | | 1,576.58 | FA |
| 6. | Accounts Receivable | 17,000.00 | 0.00 | | 5,876.16 | FA |
| 7. | Office Furniture | 1,000.00 | 500.00 | | 750.00 | FA |
| 8. | Office Equipment | 1,000.00 | 750.00 | | 750.00 | FA |
| 9. | Vehicles - 2007 16' Isuzu Straight Truck | 7,500.00 | 0.00 | | 9,000.00 | FA |
| 10. | Vehicles - 1992 26' International Straight Truck | 7,500.00 | 2,000.00 | | 1,000.00 | FA |
| 11. | Vehicles - 1995 26' International Straight Truck | 8,500.00 | 3,500.00 | | 3,500.00 | FA |
| 12. | Vehicles - 1999 Freightliner Tractor | 25,000.00 | 4,000.00 | | 4,300.00 | FA |
| 13. | Vehicles - 2007 Freightliner Tractor | 30,000.00 | 10,000.00 | | 12,000.00 | FA |
| 14. | Vehicles - 1990 48' Kentucky Trailer | 15,000.00 | 2,500.00 | | 3,500.00 | FA |
| 15. | Vehicles - 1992 48' Kentucky Trailer | 15,000.00 | 2,500.00 | | 3,500.00 | FA |
| 16. | Vehicles - 2006 53' Kentucky Trailer | 15,000.00 | 7,500.00 | | 15,000.00 | FA |
| 17. | Vehicles - 53' APEX Trailer | 15,000.00 | 7,500.00 | | 7,500.00 | FA |
| 18. | Vehicles - 1999 26' International Straight Truck | 7,500.00 | 2,500.00 | | 3,500.00 | FA |
| 19. | Certificates and Licenses - Operation of Business | 900.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 1)                                Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-02478 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: C, P & J Corporation d/b/a Ploegman | | Date Filed (f) or Converted (c): 01/27/2016 (f) |
| | | 341(a) Meeting Date: 02/22/2016 |
| For Period Ending: 04/20/2017 | | Claims Bar Date: 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 20. Credit Refund - Verizon Wireless (u) | 0.00 | 2.58 | | 2.58 | FA |
| 21. Machinery, Equipment & Supplies | 10,000.00 | 4,000.00 | | 3,231.50 | FA |
| 22. Void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 23. Lease - 209 Christina Ln., East Dundee, IL | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 198,023.00 | 60,061.06 | | 78,930.44 | 0.00 |

Re Prop. #1   Checking Acct No. ***6083
Order entered 3/11/16 [dkt 24] directing turnover of bank funds
Re Prop. #2   Security Deposit Held by PAL 201, LLC
Re Prop. #3   Utility Deposit - ComEd
Re Prop. #4   Utility Deposit - Nicor Gas
Re Prop. #5   Returned Premium - Prepaid & Cancelled Insurance Policies - Paul Hanson Partners
Re Prop. #6   From Operation of Business
Re Prop. #7   Miscellaneous Office Furniture
sold per order 3/11/16 [dkt 25]
Re Prop. #8   Office Equipment and Supplies - used computers, printers and phone system
Sold per order 3/11/16 [dkt 25]
Re Prop. #9   Schedules incorrectly lists vehicle as Isuzu, actually 2007 16' Chevy Straight Truck.  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #10  Sold per order 4/1/16 [dkt 29]
Re Prop. #11  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #12  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #13  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #14  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #15  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #16  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #17  Sold at auction per order 3/15/16 [dkt 27]

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-02478 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: C, P & J Corporation d/b/a Ploegman | | Date Filed (f) or Converted (c): 01/27/2016 (f) |
| | | 341(a) Meeting Date: 02/22/2016 |
| For Period Ending: 04/20/2017 | | Claims Bar Date: 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #18   Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #19   Various certificates and licenses to operate a moving and storage business
Re Prop. #21   Warehouse containers, Pads, Racking, Cartons, Dollies, and Miscellaneous Warehouse Equipment.  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #22   Entered in error

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 18, 2017:  Trustee worked with her accountants to prepare and file necessary Estate tax returns including income tax returns, 941 tax returns for wages paid by Debtor pre-petition and issued 2016 W2s to employees who were paid pre-petition.  Trustee verified claims filed against the Estate and prepared her TFR.

October 16, 2016:  Trustee investigated priority, validity and extent of liens of lender, Intermodal Credit Corporation, and its parent company, Arpin Van Lines in Debtor's vehicle fleet, machinery and equipment, accounts receivable and other personal property; negotiated the amount of secured liens; and determined there was sufficient equity in the unencumbered trucks to liquidate assets.  Trustee hired an auctioneer and conducted a public auction of all of the Debtor's assets [dkt. 27].  Trustee also negotiated administrative rent claim of landlord and sold office equipment and furniture to landlord in a private sale per court order [dkt. 25].  Following the auction, Trustee paid off the secured claim of ICC [dkt. 33] and allowed administrative expenses of the auction.  Trustee also resolved a storage lien dispute with the Debtor's mechanic and negotiated the private sale of one vehicle to same [dkt. 29].  Trustee has completed her review of claims and anticipates sufficient funds to make a distribution to priority wage claimants.

Initial Projected Date of Final Report(TFR) : 03/31/2017    Current Projected Date of Final Report(TFR) : 03/31/2017

| Trustee's Signature | /s/Elizabeth C Berg | Date: 04/20/2017 |
|---|---|---|
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 16-02478 | | | Trustee Name: | | Elizabeth C Berg |
| Case Name: | C, P & J Corporation d/b/a Ploegman | | | Bank Name: | | Associated Bank |
| | | | | Account Number/CD#: | | ******6617 Checking Account |
| Taxpayer ID No: | **-***4956 | | | Blanket bond (per case limit): | | 5,000,000.00 |
| For Period Ending: | 4/20/2017 | | | Separate bond (if applicable): | | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/16/2016 | [6] | HANSEATIC MOVING SERVICES LLC<br>95 RIVER STREET, SUITE 206<br>HOBOKEN , NJ 07030 | Accounts Receivable - Hanseatic | 1129-000 | 4,864.84 | | 4,864.84 |
| 02/17/2016 | [20] | VERIZON WIRELESS<br>P.O. BOX 21074<br>TULSA , OK 74121-1074 | CREDIT REFUND - VERIZON WIRELESS | 1290-000 | 2.58 | | 4,867.42 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,857.42 |
| 03/21/2016 | [10] | JEFF LAKE<br>PO BOX 61<br>GILBERTS , IL 60136 | SALE - 92 - 26' INTERNATIONAL TRUCK<br>Per order dated 4/1/16 [dkt 29] | 1129-000 | 1,000.00 | | 5,857.42 |
| 03/22/2016 | [1] | PNC BANK - CASHIER'S CHECK<br>13300 ROUTE 47<br>HUNTLEY , IL 60142 | TURNOVER OF BANK FUNDS - 6083 | 1121-000 | 3,943.62 | | 9,801.04 |
| 03/30/2016 | | Martin Auction Services LLC<br>9515 Texas Church Road<br>Clinton , IL 61727 | AUCTION PROCEEDS - 3/19/16<br>per order 3/15/16 [dkt 27] | | 65,031.50 | | 74,832.54 |
| | [9] | | 2007 16' Chevy Straight Truck       9,000.00 | 1129-000 | | | |
| | [11] | | 1995 26' International Straight Truck   3,500.00 | 1129-000 | | | |
| | [12] | | 1999 Freightliner Tractor           4,300.00 | 1129-000 | | | |
| | | | | Page Subtotals | 74,842.54 | 10.00 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-02478 | Trustee Name: | Elizabeth C Berg |
| Case Name: C, P & J Corporation d/b/a Ploegman | Bank Name: | Associated Bank |
| | Account Number/CD#: | ******6617 Checking Account |
| Taxpayer ID No: **-***4956 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 4/20/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [13] | | 2007 Freightliner Tractor | 12,000.00 | 1129-000 | | | |
| | [14] | | 1990 48' Kentucky Trailer | 3,500.00 | 1129-000 | | | |
| | [15] | | 1992 48' Kentucky Trailer | 3,500.00 | 1129-000 | | | |
| | [16] | | 2006 53' Kentucky Trailer | 15,000.00 | 1129-000 | | | |
| | [17] | | 53' APEX Trailer | 7,500.00 | 1129-000 | | | |
| | [18] | | 1999 26' International Straight Truck | 3,500.00 | 1129-000 | | | |
| | [21] | | Machinery, Equipment, Supplies | 3,231.50 | 1129-000 | | | |
| 04/01/2016 | [6] | OLSEN BROTHERS, INC. 3650 INDUSTRIAL AVENUE UNIT C ROLLING MEADOWS , IL 60008 | accounts receivable | | 1121-000 | 1,011.32 | | 75,843.86 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 15.88 | 75,827.98 |
| 04/08/2016 | [5] | FIRST INSURANCE FUNDING CORP. 450 SKOKIE BLVD, STE. 1000 NORTHBROOK , IL 60062 | REFUND DISBURSEMENT | | 1121-000 | 1,576.58 | | 77,404.56 |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 110.81 | 77,293.75 |
| | | | | Page Subtotals | | 67,619.40 | 126.69 | |

UST Form 101-7-TFR (5/1/2011) (Page 2)                                                                                                                    Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02478 | | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- |
| Case Name: | C, P & J Corporation d/b/a Ploegman | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******6617 Checking Account |
| Taxpayer ID No: | **-***4956 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/20/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/17/2016 | | PAL 201, LLC<br>201 CHRISTINA DRIVE<br>EAST DUNDEE , IL 60118 | CREDIT FOR PURCHASE OF OFFICE EQUIP | | | | 77,293.75 |
| | [7] | | Sold office furniture per order 3/11/16 [dkt 25]     750.00 | 1129-000 | | | |
| | [8] | | Sold office equipment per order 3/11/16 [dkt 25]     750.00 | 1129-000 | | | |
| | | | Credit issued to purchaser against post-petition rents per order 5/14/16 [dkt 33]     (1,500.00) | 2410-000 | | | |
| 05/17/2016 | 1001 | Martin Auction Services LLC<br>9515 Texas Church Road<br>Clinton , IL 61727 | AUCTIONEER COMMISSION<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 3610-000 | | 4,140.03 | 73,153.72 |
| 05/17/2016 | 1002 | Martin Auction Services LLC<br>9515 Texas Church Road<br>Clinton , IL 61727 | AUCTIONEER EXPENSES<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 3620-000 | | 3,917.88 | 69,235.84 |
| 05/17/2016 | 1003 | PAL 201, LLC<br>201 CHRISTINA DRIVE<br>EAST DUNDEE , IL 60118 | POST-PETITION RENT<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 2410-000 | | 6,350.00 | 62,885.84 |
| 05/17/2016 | 1004 | ComEd<br>P.O. Box 6111<br>Carol Stream , IL 60197-6111 | POST-PETITION UTILITY EXPENSES<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 2990-000 | | 118.53 | 62,767.31 |
| | | | | Page Subtotals | 0.00 | 14,526.44 | |

UST Form 101-7-TFR (5/1/2011) (Page 3)                                                                 Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02478 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | C, P & J Corporation d/b/a Ploegman | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******6617 Checking Account |
| Taxpayer ID No: | **-***4956 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/20/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/17/2016 | 1005 | COMCAST<br>PO BOX 3002<br>SOUTHEASTERN , PA 19398-3002 | POST-PETITION UTILITY EXPENSES<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 2990-000 | | 400.00 | 62,367.31 |
| 05/17/2016 | 1006 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream , IL 60197-5407 | POST-PETITION UTILITY EXPENSES<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 2990-000 | | 594.85 | 61,772.46 |
| 05/17/2016 | 1007 | Intermodal Credit Corporation<br>99 James P. Murphy Highway<br>West Warwick , RI 02893 | PAYMENT OF SECURED CLAIM<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 4210-000 | | 29,258.02 | 32,514.44 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 100.91 | 32,413.53 |
| 07/18/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.04 | 32,366.49 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 32,366.49 | 0.00 |

| | | |
| --- | --- | --- |
| Page Subtotals | 0.00 | 62,767.31 |
| **COLUMN TOTALS** | 77,430.44 | 77,430.44 |
| Less:Bank Transfer/CD's | 0.00 | 32,366.49 |
| **SUBTOTALS** | 77,430.44 | 45,063.95 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 77,430.44 | 45,063.95 |

UST Form 101-7-TFR (5/1/2011) (Page 4)   Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02478 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | C, P & J Corporation d/b/a Ploegman | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5153 Checking Account |
| Taxpayer ID No: | **-***4956 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/20/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) | |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 32,366.49 | | 32,366.49 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 18.97 | 32,347.52 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 45.20 | 32,302.32 |
| 10/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 45.15 | 32,257.17 |
| | | | | Page Subtotals | 32,366.49 | 109.32 | |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 32,366.49 | 109.32 |
| Less: Bank Transfer/CD's | 32,366.49 | 0.00 |
| **SUBTOTALS** | 0.00 | 109.32 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 109.32 |

UST Form 101-7-TFR (5/1/2011) (Page 5)    Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 16-02478 | |
| Case Name: | C, P & J Corporation d/b/a Ploegman | |
| Taxpayer ID No: | **-***4956 | |
| For Period Ending: | 4/20/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C Berg | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5153 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 78,930.44 | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| All Accounts Gross Disbursements: | 46,673.27 | ******6617 Checking Account | 77,430.44 | 45,063.95 | |
| All Accounts Net: | 32,257.17 | ******5153 Checking Account | 0.00 | 109.32 | |
| | | **NetTotals** | 77,430.44 | 45,173.27 | 32,257.17 |

Exhibit B

Case: 16-02478  
C, P & J Corporation d/b/a Ploegman

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C

Claims Bar Date: 05/23/16    Government Bar Date: 07/25/16

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100<br>ADMIN | 0.00 | 7,196.52 | 7,196.52 | 0.00 | 7,196.52 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200<br>ADMIN | 0.00 | 450.00 | 450.00 | 0.00 | 450.00 |
| | PAL 201, LLC<br>201 CHRISTINA DRIVE<br>EAST DUNDEE, IL 60118 | 2410<br>ADMIN | 0.00 | 7,850.00 | 7,850.00 | 7,850.00 | 0.00 |
| | Allowed per Court Order dated May 13, 2016 [dkt 33]; Off-set $1500 for landlord's credit purchase of office furniture ||||||||
| | ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | 2990<br>ADMIN | 0.00 | 118.53 | 118.53 | 118.53 | 0.00 |
| | Allowed per Court Order dated May 13, 2016Admin Expense for post-petition utility ||||||||
| | COMCAST<br>PO BOX 3002<br>SOUTHEASTERN, PA 19398-3002 | 2990<br>ADMIN | 0.00 | 400.00 | 400.00 | 400.00 | 0.00 |
| | Allowed per Court Order dated May 13, 2016Admin Expense for post-petition utility ||||||||
| | Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | 2990<br>ADMIN | 0.00 | 594.85 | 594.85 | 594.85 | 0.00 |
| | Allowed per Court Order dated May 13, 2016Admin Expense for post-petition utility ||||||||
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3120<br>ADMIN | 0.00 | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3120<br>ADMIN | 0.00 | 443.17 | 443.17 | 0.00 | 443.17 |

Case: 16-02478  
C, P & J Corporation d/b/a Ploegman

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C

Claims Bar Date: 05/23/16   Government Bar Date: 07/25/16

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
|  | Kutchins, Robbins & 35 E Wacker Dr Suite 1550 Chicago, IL 60601 | 3410 ADMIN | 0.00 | 3,085.50 | 3,085.50 | 0.00 | 3,085.50 |
|  | Martin Auction Services LLC 9515 Texas Church Road Clinton , IL 61727 | 3610 ADMIN | 0.00 | 4,140.03 | 4,140.03 | 4,140.03 | 0.00 |
|  | Allowed per Court Order dated May 13, 2016 [dkt 33] | | | | | | |
|  | Martin Auction Services LLC 9515 Texas Church Road Clinton , IL 61727 | 3620 ADMIN | 0.00 | 3,917.88 | 3,917.88 | 3,917.88 | 0.00 |
|  | Allowed per Court Order dated May 13, 2016 [dkt 33] | | | | | | |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **38,196.48** | **38,196.48** | **17,021.29** | **21,175.19** |
| 000006A | ARPIN VAN LINES, INC. 99 James P. Murphy Highway West Warwick , RI 02893 | 4210 | 104,456.00 | 72,500.00 | 29,258.02 | 29,258.02 | 0.00 |
|  | Filed: 03/31/16 | | | | | | |
|  | Intermodal Credit Corporation d/b/a Arpin Van Lines--- Claim allowed in the amount of $32,096.24 as secured;  Trustee authorized to pay $29,258.02, net of secured creditors share of auction expenses, in full satisfaction of its secured claim per court order dated 5/13/16 [dkt 33] | | | | | | |
| **SECURED TOTAL** | | | **104,456.00** | **72,500.00** | **29,258.02** | **29,258.02** | **0.00** |
| 000004 | CHRIS BAILLIE 1N498 Seminole Winfield , IL 60190 | 5300 PRIOR | 5,110.00 | 5,109.23 | 5,109.23 | 0.00 | 5,109.23 |
|  | Filed: 03/02/16 | | | | | | |
|  | (4-1) Wages, salaries, or commissions owed creditor. | | | | | | |
| 000009A | JORJA BOILEY W9014 R&D Townline Rd Delavan , WI 53115 | 5300 PRIOR | 21,000.00 | 12,850.00 | 12,850.00 | 0.00 | 12,850.00 |
|  | Filed: 04/15/16 | | | | | | |
| 000012A | ROBERT CRAIG BOILEY 1380 Oakhill Ln Hampshire , IL 60140 | 5300 PRIOR | 21,000.00 | 12,850.00 | 12,850.00 | 0.00 | 12,850.00 |
|  | Filed: 05/02/16 | | | | | | |

Case: 16-02478  
C, P & J Corporation d/b/a Ploegman

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C

Claims Bar Date: 05/23/16   Government Bar Date: 07/25/16

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| AUTO | Department of Treasury<br>P O Box 7317<br>Philadelphia, PA 19101-7317<br><br>Employer portion of withholding taxes | 5800<br>PRIOR | 0.00 | 847.77 | 847.77 | 0.00 | 847.77 |
| 000001 | Illinois Department of Security<br>33 South State Street<br>Chicago, Illinois 60603<br><br>Filed: 02/04/16<br>(1-1) Unemployment tax | 5800<br>PRIOR | 1,108.00 | 1,314.40 | 1,314.40 | 0.00 | 1,314.40 |
| 000002A | ILLINOIS DEPARTMENT OF<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338<br>Filed: 02/24/16 | 5800<br>PRIOR | 1,332.00 | 4,944.57 | 4,944.57 | 0.00 | 4,944.57 |
| 000003A | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Oper<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>Filed: 05/04/16 | 5800<br>PRIOR | 215.00 | 5,873.63 | 5,873.63 | 0.00 | 5,873.63 |
| 000008 | WISCONSIN DEPARTMENT<br>Special Procedures Unit<br>POB 8901<br>Madison, WI 53708-8901<br>Filed: 04/15/16 | 5800<br>PRIOR | 207.00 | 206.91 | 206.91 | 0.00 | 206.91 |
| **PRIORITY TOTAL** | | | **49,972.00** | **43,996.51** | **43,996.51** | **0.00** | **43,996.51** |
| | ARPIN VAN LINES, INC.<br>99 James P. Murphy Highway<br>West Warwick, RI 02893<br>Filed: 03/31/16<br>Intermodal Credit Corporation d/b/a Arpin Van Lines--- Allowed as unsecured claim in the amount of $76,108.66 per order dated 5/13/16 [dkt 33] | 7100<br>UNSEC | 0.00 | 35,705.45 | 76,108.66 | 0.00 | 76,108.66 |
| 000002 | Illinois Department of<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago, IL 60664-0338<br>Filed: 02/24/16 | 7100<br>UNSEC | 0.00 | 481.90 | 481.90 | 0.00 | 481.90 |

Case: 16-02478  
C, P & J Corporation d/b/a Ploegman

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C

Claims Bar Date: 05/23/16   Government Bar Date: 07/25/16

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| 000003 | Internal Revenue Service<br>Centralized Insolvency Oper<br>P. O. Box 21125<br>Philadelphia, PA 19114<br>Filed: 05/04/16<br>Amended claim | 7100<br>UNSEC | 0.00 | 2,878.53 | 2,878.53 | 0.00 | 2,878.53 |
| 000005 | PAL 201, LLC<br>201 Christina Dr<br>Dundee , IL 60118<br>Filed: 03/24/16 | 7100<br>UNSEC | 22,400.00 | 31,124.48 | 31,124.48 | 0.00 | 31,124.48 |
| 000007 | ARPIN VAN LINES, INC.<br>99 James P. Murphy Highway<br>West Warwick , RI 02893<br>Filed: 03/31/16<br>(7-1) Account Number (last 4 digits):2038 | 7100<br>UNSEC | 0.00 | 15,378.77 | 15,378.77 | 0.00 | 15,378.77 |
| 000009 | Jorja Boiley<br>W9014 R&D Townline Road<br>Delavan, WI 53115<br>Filed: 04/15/16 | 7100<br>UNSEC | 0.00 | 8,150.00 | 8,150.00 | 0.00 | 8,150.00 |
| 000010 | JORJA BOILEY<br>W9014 R&D Townline Rd<br>Delavan , WI 53115<br>Filed: 04/15/16 | 7100<br>UNSEC | 18,349.00 | 21,164.00 | 21,164.00 | 0.00 | 21,164.00 |
| 000011 | RT BOILEY<br>1380 Oak Hill Ln<br>Hampshire , IL 60140<br>Filed: 04/29/16 | 7100<br>UNSEC | 69,844.00 | 69,834.52 | 69,834.52 | 0.00 | 69,834.52 |
| 000012 | ROBERT CRAIG BOILEY<br>1380 Oakhill Ln<br>Hampshire , IL 60140<br>Filed: 05/02/16 | 7100<br>UNSEC | 0.00 | 8,150.00 | 8,150.00 | 0.00 | 8,150.00 |
| **UNSECURED TOTAL** | | | **110,593.00** | **192,867.65** | **233,270.86** | **0.00** | **233,270.86** |
| **REPORT TOTALS** | | | **265,021.00** | **347,560.64** | **344,721.87** | **46,279.31** | **298,442.56** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-02478
Case Name: C, P & J Corporation d/b/a Ploegman

Trustee Name: Elizabeth C Berg

Balance on Hand $32,257.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of | Interim Payment to | Proposed Payment |
|---|---|---|---|---|---|
| 000006A | ARPIN VAN LINES, INC. | $ 72,500.00 | $ 29,258.02 | $ 29,258.02 | $ 0.00 |

Total to be paid to secured creditors $ 0.00
Remaining Balance $ 32,257.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:  Elizabeth C. Berg, Trustee | $ 7,196.52 | $ 0.00 | $ 7,196.52 |
| Trustee, Expenses:  Elizabeth C. Berg, Trustee | $ 450.00 | $ 0.00 | $ 450.00 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Auctioneer, Fees:  Martin Auction Services LLC | $ 4,140.03 | $ 4,140.03 | $ 0.00 |
| Auctioneer, Expenses:  Martin Auction Services LLC | $ 3,917.88 | $ 3,917.88 | $ 0.00 |
| Other:  Baldi Berg, Ltd. | $ 443.17 | $ 0.00 | $ 443.17 |
| Other:  PAL 201, LLC | $ 7,850.00 | $ 7,850.00 | $ 0.00 |
| Other:  COMCAST | $ 400.00 | $ 400.00 | $ 0.00 |
| Other:  ComEd | $ 118.53 | $ 118.53 | $ 0.00 |
| Other:  Nicor Gas | $ 594.85 | $ 594.85 | $ 0.00 |
| Other:  Kutchins, Robbins & Diamond | $ 3,085.50 | $ 0.00 | $ 3,085.50 |

Total to be paid for chapter 7 administrative expenses $ 21,175.19
Remaining Balance $ 11,081.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $43,996.51 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) Page 3

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| AUTO | Department of Treasury Internal | $ 847.77 | $ 0.00 | $ 0.00 |
| 000001 | Illinois Department of Employment | $ 1,314.40 | $ 0.00 | $ 0.00 |
| 000002A | ILLINOIS DEPARTMENT OF REVENUE | $ 4,944.57 | $ 0.00 | $ 0.00 |
| 000003A | INTERNAL REVENUE SERVICE | $ 5,873.63 | $ 0.00 | $ 0.00 |
| 000004 | CHRIS BAILLIE | $ 5,109.23 | $ 0.00 | $ 1,837.78 |
| 000008 | WISCONSIN DEPARTMENT REVENUE | $ 206.91 | $ 0.00 | $ 0.00 |
| 000009A | JORJA BOILEY | $ 12,850.00 | $ 0.00 | $ 4,622.10 |
| 000012A | ROBERT CRAIG BOILEY | $ 12,850.00 | $ 0.00 | $ 4,622.10 |
| Total to be paid to priority creditors | | | | $ 11,081.98 |
| Remaining Balance | | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $233,270.86 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | ARPIN VAN LINES, INC. | $ 76,108.66 | $ 0.00 | $ 0.00 |
| 000002 | Illinois Department of Revenue | $ 481.90 | $ 0.00 | $ 0.00 |
| 000003 | Internal Revenue Service | $ 2,878.53 | $ 0.00 | $ 0.00 |
| 000005 | PAL 201, LLC | $ 31,124.48 | $ 0.00 | $ 0.00 |
| 000007 | ARPIN VAN LINES, INC. | $ 15,378.77 | $ 0.00 | $ 0.00 |
| 000009 | Jorja Boiley | $ 8,150.00 | $ 0.00 | $ 0.00 |
| 000010 | JORJA BOILEY | $ 21,164.00 | $ 0.00 | $ 0.00 |
| 000011 | RT BOILEY | $ 69,834.52 | $ 0.00 | $ 0.00 |
| 000012 | ROBERT CRAIG BOILEY | $ 8,150.00 | $ 0.00 | $ 0.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE