UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
C, P & J Corporation d/b/a Ploegman § Case No. 16-02478
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,485.00 (Without deducting any secured claims) | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $40,340.00 | Claims Discharged Without Payment: $286,727.86 |
| Total Expenses of Administration: $38,590.44 | |

   3) Total gross receipts of $78,930.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $78,930.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $104,456.00 | $72,500.00 | $29,258.02 | $29,258.02 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $38,590.44 | $38,590.44 | $38,590.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $49,972.00 | $47,038.65 | $47,038.65 | $11,081.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $164,050.00 | $192,867.65 | $233,270.86 | $0.00 |
| TOTAL DISBURSEMENTS | $318,478.00 | $350,996.74 | $348,157.97 | $78,930.44 |

4) This case was originally filed under chapter 7 on 01/27/2016. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   08/15/2017            By :   /s/ Elizabeth C Berg
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| PNC Bank - Checking Account | 1121-000 | $3,943.62 |
| Accounts Receivable | 1121-000 | $1,011.32 |
| Insurance Policies-Returned premium on prepaid /canceled policies | 1121-000 | $1,576.58 |
| Vehicles - 1992 48' Kentucky Trailer | 1129-000 | $3,500.00 |
| Vehicles - 1999 26' International Straight Truck | 1129-000 | $3,500.00 |
| Vehicles - 2007 Freightliner Tractor | 1129-000 | $12,000.00 |
| Vehicles - 53' APEX Trailer | 1129-000 | $7,500.00 |
| Vehicles - 1999 Freightliner Tractor | 1129-000 | $4,300.00 |
| Vehicles - 2007 16' Isuzu Straight Truck | 1129-000 | $9,000.00 |
| Vehicles - 1995 26' International Straight Truck | 1129-000 | $3,500.00 |
| Vehicles - 2006 53' Kentucky Trailer | 1129-000 | $15,000.00 |
| Office Equipment | 1129-000 | $750.00 |
| Vehicles - 1992 26' International Straight Truck | 1129-000 | $1,000.00 |
| Vehicles - 1990 48' Kentucky Trailer | 1129-000 | $3,500.00 |
| Accounts Receivable | 1129-000 | $4,864.84 |
| Office Furniture | 1129-000 | $750.00 |
| Machinery, Equipment & Supplies | 1129-000 | $3,231.50 |
| Credit Refund - Verizon Wireless | 1290-000 | $2.58 |
| **TOTAL GROSS RECEIPTS** | | **$78,930.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | ARPIN VAN LINES, INC. | 4210-000 | $104,456.00 | $72,500.00 | $29,258.02 | $29,258.02 |
| | **TOTAL SECURED** | | $104,456.00 | $72,500.00 | $29,258.02 | $29,258.02 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $7,196.52 | $7,196.52 | $7,196.52 |
| Baldi Berg, Ltd. | 3120-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Baldi Berg, Ltd. | 3120-000 | NA | $443.17 | $443.17 | $443.17 |
| Kutchins, Robbins & Diamond | 3410-000 | NA | $3,085.50 | $3,085.50 | $3,085.50 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $450.00 | $450.00 | $450.00 |
| Martin Auction Services LLC | 3610-000 | NA | $4,140.03 | $4,140.03 | $4,140.03 |
| Martin Auction Services LLC | 3620-000 | NA | $3,917.88 | $3,917.88 | $3,917.88 |
| PAL 201, LLC | 2410-000 | NA | $7,850.00 | $7,850.00 | $7,850.00 |
| ComEd | 2990-000 | NA | $118.53 | $118.53 | $118.53 |
| COMCAST | 2990-000 | NA | $400.00 | $400.00 | $400.00 |
| Nicor Gas | 2990-000 | NA | $594.85 | $594.85 | $594.85 |
| Associated Bank | 2600-000 | NA | $284.64 | $284.64 | $284.64 |
| Texas Capital Bank | 2600-000 | NA | $109.32 | $109.32 | $109.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $38,590.44 | $38,590.44 | $38,590.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | Illinois Department of | 5800-000 | $1,108.00 | $1,314.40 | $1,314.40 | $0.00 |
| 000002A | ILLINOIS DEPARTMENT OF | 5800-000 | $1,332.00 | $4,944.57 | $4,944.57 | $0.00 |
| 000003A | INTERNAL REVENUE SERVICE | 5800-000 | $215.00 | $5,873.63 | $5,873.63 | $0.00 |
| 000004 | CHRIS BAILLIE | 5300-000 | $5,110.00 | $5,109.23 | $5,109.23 | $1,352.60 |
| 000008 | WISCONSIN DEPARTMENT | 5800-000 | $207.00 | $206.91 | $206.91 | $0.00 |
| 000009A | JORJA BOILEY | 5300-000 | $21,000.00 | $12,850.00 | $12,850.00 | $3,285.38 |
| 000012A | ROBERT CRAIG BOILEY | 5300-000 | $21,000.00 | $12,850.00 | $12,850.00 | $3,401.86 |
| AUTO | Department of Treasury Internal | 5800-000 | NA | $847.77 | $847.77 | $0.00 |
| W/Holding | Illinois Dept of Revenue | 5300-000 | NA | $242.25 | $242.25 | $242.25 |
| W/Holding | Department of Treasury Internal | 5300-000 | NA | $2,510.08 | $2,510.08 | $2,510.08 |
| W/Holding | Wisconsin Dept. of Revenue | 5300-000 | NA | $289.81 | $289.81 | $289.81 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $49,972.00 | $47,038.65 | $47,038.65 | $11,081.98 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | ROBERT CRAIG BOILEY | 7100-000 | NA | $8,150.00 | $8,150.00 | $0.00 |
| 000011 | RT BOILEY | 7100-000 | $69,844.00 | $69,834.52 | $69,834.52 | $0.00 |
| 000010 | JORJA BOILEY | 7100-000 | $18,349.00 | $21,164.00 | $21,164.00 | $0.00 |
| 000009 | Jorja Boiley | 7100-000 | NA | $8,150.00 | $8,150.00 | $0.00 |
| 000007 | ARPIN VAN LINES, INC. | 7100-000 | NA | $15,378.77 | $15,378.77 | $0.00 |
| 000005 | PAL 201, LLC | 7100-000 | $22,400.00 | $31,124.48 | $31,124.48 | $0.00 |
| 000003 | Internal Revenue Service | 7100-000 | NA | $2,878.53 | $2,878.53 | $0.00 |
| 000002 | Illinois Dept of Revenue | 7100-000 | NA | $481.90 | $481.90 | $0.00 |
| | ARPIN VAN LINES, INC. | 7100-000 | NA | $35,705.45 | $76,108.66 | $0.00 |
| | AT&T | | $119.00 | NA | NA | $0.00 |
| | ATS, Inc. | | $1,492.00 | NA | NA | $0.00 |
| | besearched.com | | $240.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Com ED | | $330.00 | NA | NA | $0.00 |
| | Comcast | | $387.00 | NA | NA | $0.00 |
| | EMSI | | $3,706.00 | NA | NA | $0.00 |
| | First Insurance | | $6,552.00 | NA | NA | $0.00 |
| | J J Keller | | $245.00 | NA | NA | $0.00 |
| | Jeff Lake & Sons | | $4,202.00 | NA | NA | $0.00 |
| | JMB Dispatch | | $1,125.00 | NA | NA | $0.00 |
| | Krasnow Saunders | | $2,025.00 | NA | NA | $0.00 |
| | Midwest Truckers Risk Mgmt | | $8,604.00 | NA | NA | $0.00 |
| | Nicor | | $273.00 | NA | NA | $0.00 |
| | Pete's A Towing | | $1,062.00 | NA | NA | $0.00 |
| | Relocation Express | | $650.00 | NA | NA | $0.00 |
| | Star International Movers | | $375.00 | NA | NA | $0.00 |
| | Suburban Propane | | $63.00 | NA | NA | $0.00 |
| | Tim Slove | | $17,719.00 | NA | NA | $0.00 |
| | Tyco Integrated Security | | $567.00 | NA | NA | $0.00 |
| | Verizon | | $146.00 | NA | NA | $0.00 |
| | Ward Lane & Assoc | | $3,575.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $164,050.00 | $192,867.65 | $233,270.86 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-02478 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: C, P & J Corporation d/b/a Ploegman | | Date Filed (f) or Converted (c): 01/27/2016 (f) |
| | | 341(a) Meeting Date: 02/22/2016 |
| For Period Ending: 08/15/2017 | | Claims Bar Date: 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. PNC Bank - Checking Account | 200.00 | 12,808.48 | | 3,943.62 | FA |
| 2. Security Deposits-PAL 201 LLC | 12,496.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposits-Com Ed | 575.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposits-Nicor | 514.00 | 0.00 | | 0.00 | FA |
| 5. Insurance Policies-Returned premium on prepaid /canceled policies | 8,338.00 | 0.00 | | 1,576.58 | FA |
| 6. Accounts Receivable | 17,000.00 | 0.00 | | 5,876.16 | FA |
| 7. Office Furniture | 1,000.00 | 500.00 | | 750.00 | FA |
| 8. Office Equipment | 1,000.00 | 750.00 | | 750.00 | FA |
| 9. Vehicles - 2007 16' Isuzu Straight Truck | 7,500.00 | 0.00 | | 9,000.00 | FA |
| 10. Vehicles - 1992 26' International Straight Truck | 7,500.00 | 2,000.00 | | 1,000.00 | FA |
| 11. Vehicles - 1995 26' International Straight Truck | 8,500.00 | 3,500.00 | | 3,500.00 | FA |
| 12. Vehicles - 1999 Freightliner Tractor | 25,000.00 | 4,000.00 | | 4,300.00 | FA |
| 13. Vehicles - 2007 Freightliner Tractor | 30,000.00 | 10,000.00 | | 12,000.00 | FA |
| 14. Vehicles - 1990 48' Kentucky Trailer | 15,000.00 | 2,500.00 | | 3,500.00 | FA |
| 15. Vehicles - 1992 48' Kentucky Trailer | 15,000.00 | 2,500.00 | | 3,500.00 | FA |
| 16. Vehicles - 2006 53' Kentucky Trailer | 15,000.00 | 7,500.00 | | 15,000.00 | FA |
| 17. Vehicles - 53' APEX Trailer | 15,000.00 | 7,500.00 | | 7,500.00 | FA |
| 18. Vehicles - 1999 26' International Straight Truck | 7,500.00 | 2,500.00 | | 3,500.00 | FA |
| 19. Certificates and Licenses - Operation of Business | 900.00 | 0.00 | | 0.00 | FA |
| 20. Credit Refund - Verizon Wireless (u) | 0.00 | 2.58 | | 2.58 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-02478 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | C, P & J Corporation d/b/a Ploegman | | | Date Filed (f) or Converted (c): | 01/27/2016 (f) |
| | | | | 341(a) Meeting Date: | 02/22/2016 |
| For Period Ending: | 08/15/2017 | | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21.  Machinery, Equipment & Supplies | 10,000.00 | 4,000.00 | | 3,231.50 | FA |
| 22.  Void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 23.  Lease - 209 Christina Ln., East Dundee, IL | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 198,023.00 | 60,061.06 | | 78,930.44 | 0.00 |

Re Prop. #1  Checking Acct No. ***6083
Order entered 3/11/16 [dkt 24] directing turnover of bank funds
Re Prop. #2  Security Deposit Held by PAL 201, LLC
Re Prop. #3  Utility Deposit - ComEd
Re Prop. #4  Utility Deposit - Nicor Gas
Re Prop. #5  Returned Premium - Prepaid & Cancelled Insurance Policies - Paul Hanson Partners
Re Prop. #6  From Operation of Business
Re Prop. #7  Miscellaneous Office Furniture
sold per order 3/11/16 [dkt 25]
Re Prop. #8  Office Equipment and Supplies - used computers, printers and phone system
Sold per order 3/11/16 [dkt 25]
Re Prop. #9  Schedules incorrectly lists vehicle as Isuzu, actually 2007 16' Chevy Straight Truck.  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #10  Sold per order 4/1/16 [dkt 29]
Re Prop. #11  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #12  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #13  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #14  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #15  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #16  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #17  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #18  Sold at auction per order 3/15/16 [dkt 27]
Re Prop. #19  Various certificates and licenses to operate a moving and storage business
Re Prop. #21  Warehouse containers, Pads, Racking, Cartons, Dollies, and Miscellaneous Warehouse Equipment.  Sold at auction per order 3/15/16 [dkt 27]

UST Form 101-7-TDR (10/1/2010) (Page 8)                                                                                                                                          Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-02478 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: C, P & J Corporation d/b/a Ploegman | | Date Filed (f) or Converted (c): 01/27/2016 (f) |
| | | 341(a) Meeting Date: 02/22/2016 |
| For Period Ending: 08/15/2017 | | Claims Bar Date: 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #22   Entered in error

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**August 15, 2017:**  TDR submitted to UST

**July 3, 2017:**  Trustee made final distribution in June 2017; upon receipt of zero balance bank statement, Trustee will prepare TDR

**April 18, 2017:**  Trustee worked with her accountants to prepare and file necessary Estate tax returns including income tax returns, 941 tax returns for wages paid by Debtor pre-petition and issued 2016 W2s to employees who were paid pre-petition.  Trustee verified claims filed against the Estate and prepared her TFR.

**October 16, 2016:**  Trustee investigated priority, validity and extent of liens of lender, Intermodal Credit Corporation, and its parent company, Arpin Van Lines in Debtor's vehicle fleet, machinery and equipment, accounts receivable and other personal property; negotiated the amount of secured liens; and determined there was sufficient equity in the unencumbered trucks to liquidate assets.  Trustee hired an auctioneer and conducted a public auction of all of the Debtor's assets [dkt. 27].  Trustee also negotiated administrative rent claim of landlord and sold office equipment and furniture to landlord in a private sale per court order [dkt. 25].  Following the auction, Trustee paid off the secured claim of ICC [dkt. 33] and allowed administrative expenses of the auction.  Trustee also resolved a storage lien dispute with the Debtor's mechanic and negotiated the private sale of one vehicle to same [dkt. 29].  Trustee has completed her review of claims and anticipates sufficient funds to make a distribution to priority wage claimants.

Initial Projected Date of Final Report(TFR) : 03/31/2017     Current Projected Date of Final Report(TFR) : 03/31/2017

| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** 08/15/2017 |
|---|---|---|
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02478 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | C, P & J Corporation d/b/a Ploegman | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******6617 Checking Account |
| Taxpayer ID No: | **-***4956 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/15/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/16/2016 | [6] | HANSEATIC MOVING SERVICES LLC<br>95 RIVER STREET, SUITE 206<br>HOBOKEN , NJ 07030 | Accounts Receivable - Hanseatic | 1129-000 | 4,864.84 | | 4,864.84 |
| 02/17/2016 | [20] | VERIZON WIRELESS<br>P.O. BOX 21074<br>TULSA , OK 74121-1074 | CREDIT REFUND - VERIZON WIRELESS | 1290-000 | 2.58 | | 4,867.42 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,857.42 |
| 03/21/2016 | [10] | JEFF LAKE<br>PO BOX 61<br>GILBERTS , IL 60136 | SALE - 92 - 26' INTERNATIONAL TRUCK<br>Per order dated 4/1/16 [dkt 29] | 1129-000 | 1,000.00 | | 5,857.42 |
| 03/22/2016 | [1] | PNC BANK - CASHIER'S CHECK<br>13300 ROUTE 47<br>HUNTLEY , IL 60142 | TURNOVER OF BANK FUNDS - 6083 | 1121-000 | 3,943.62 | | 9,801.04 |
| 03/30/2016 | | Martin Auction Services LLC<br>9515 Texas Church Road<br>Clinton , IL 61727 | AUCTION PROCEEDS - 3/19/16<br>per order 3/15/16 [dkt 27] | | 65,031.50 | | 74,832.54 |
| | [9] | | 2007 16' Chevy Straight Truck           9,000.00 | 1129-000 | | | |
| | [11] | | 1995 26' International Straight Truck   3,500.00 | 1129-000 | | | |
| | [12] | | 1999 Freightliner Tractor               4,300.00 | 1129-000 | | | |
| | [13] | | 2007 Freightliner Tractor              12,000.00 | 1129-000 | | | |
| | | | Page Subtotals | | 74,842.54 | 10.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02478 | Trustee Name: | Elizabeth C Berg |
| Case Name: | C, P & J Corporation d/b/a Ploegman | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******6617 Checking Account |
| Taxpayer ID No: | **-***4956 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/15/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [14] | | 1990 48' Kentucky Trailer | 3,500.00 | 1129-000 | | | |
| | [15] | | 1992 48' Kentucky Trailer | 3,500.00 | 1129-000 | | | |
| | [16] | | 2006 53' Kentucky Trailer | 15,000.00 | 1129-000 | | | |
| | [17] | | 53' APEX Trailer | 7,500.00 | 1129-000 | | | |
| | [18] | | 1999 26' International Straight Truck | 3,500.00 | 1129-000 | | | |
| | [21] | | Machinery, Equipment, Supplies | 3,231.50 | 1129-000 | | | |
| 04/01/2016 | [6] | OLSEN BROTHERS, INC. 3650 INDUSTRIAL AVENUE UNIT C ROLLING MEADOWS , IL 60008 | accounts receivable | | 1121-000 | 1,011.32 | | 75,843.86 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 15.88 | 75,827.98 |
| 04/08/2016 | [5] | FIRST INSURANCE FUNDING CORP. 450 SKOKIE BLVD, STE. 1000 NORTHBROOK , IL 60062 | REFUND DISBURSEMENT | | 1121-000 | 1,576.58 | | 77,404.56 |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 110.81 | 77,293.75 |
| 05/17/2016 | | PAL 201, LLC 201 CHRISTINA DRIVE EAST DUNDEE , IL 60118 | CREDIT FOR PURCHASE OF OFFICE EQUIP | | | | | 77,293.75 |
| | | | | Page Subtotals | | 67,619.40 | 126.69 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 16-02478 | | | Trustee Name: | Elizabeth C Berg | |
| Case Name: | C, P & J Corporation d/b/a Ploegman | | | Bank Name: | Associated Bank | |
| | | | | Account Number/CD#: | ******6617 Checking Account | |
| Taxpayer ID No: | **-***4956 | | | Blanket bond (per case limit): | 5,000,000.00 | |
| For Period Ending: | 8/15/2017 | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [7] | | Sold office furniture per order 3/11/16 [dkt 25]   750.00 | 1129-000 | | | |
| | [8] | | Sold office equipment per order 3/11/16 [dkt 25]   750.00 | 1129-000 | | | |
| | | | Credit issued to purchaser against post-petition rents   (1,500.00) per order 5/14/16 [dkt 33] | 2410-000 | | | |
| 05/17/2016 | 1001 | Martin Auction Services LLC 9515 Texas Church Road Clinton , IL 61727 | AUCTIONEER COMMISSION Allowed per Court Order dated May 13, 2016 [dkt 33] | 3610-000 | | 4,140.03 | 73,153.72 |
| 05/17/2016 | 1002 | Martin Auction Services LLC 9515 Texas Church Road Clinton , IL 61727 | AUCTIONEER EXPENSES Allowed per Court Order dated May 13, 2016 [dkt 33] | 3620-000 | | 3,917.88 | 69,235.84 |
| 05/17/2016 | 1003 | PAL 201, LLC 201 CHRISTINA DRIVE EAST DUNDEE , IL 60118 | POST-PETITION RENT Allowed per Court Order dated May 13, 2016 [dkt 33] | 2410-000 | | 6,350.00 | 62,885.84 |
| 05/17/2016 | 1004 | ComEd P.O. Box 6111 Carol Stream , IL 60197-6111 | POST-PETITION UTILITY EXPENSES Allowed per Court Order dated May 13, 2016 [dkt 33] | 2990-000 | | 118.53 | 62,767.31 |
| 05/17/2016 | 1005 | COMCAST PO BOX 3002 SOUTHEASTERN , PA 19398-3002 | POST-PETITION UTILITY EXPENSES Allowed per Court Order dated May 13, 2016 [dkt 33] | 2990-000 | | 400.00 | 62,367.31 |
| | | | Page Subtotals | | 0.00 | 14,926.44 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02478 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | C, P & J Corporation d/b/a Ploegman | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******6617 Checking Account |
| Taxpayer ID No | **-***4956 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/15/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/17/2016 | 1006 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | POST-PETITION UTILITY EXPENSES<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 2990-000 | | 594.85 | 61,772.46 |
| 05/17/2016 | 1007 | Intermodal Credit Corporation<br>99 James P. Murphy Highway<br>West Warwick, RI 02893 | PAYMENT OF SECURED CLAIM<br>Allowed per Court Order dated May 13, 2016 [dkt 33] | 4210-000 | | 29,258.02 | 32,514.44 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 100.91 | 32,413.53 |
| 07/18/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.04 | 32,366.49 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 32,366.49 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 62,367.31 |
| **COLUMN TOTALS** | 77,430.44 | 77,430.44 |
| Less:Bank Transfer/CD's | 0.00 | 32,366.49 |
| **SUBTOTALS** | 77,430.44 | 45,063.95 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 77,430.44 | 45,063.95 |

UST Form 101-7-TDR (10/1/2010) (Page 13)

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-02478 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | C, P & J Corporation d/b/a Ploegman | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5153 Checking Account |
| Taxpayer ID No: | **-***4956 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/15/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 32,366.49 | | 32,366.49 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 18.97 | 32,347.52 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 45.20 | 32,302.32 |
| 10/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 45.15 | 32,257.17 |
| 06/27/2017 | 5001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | TR Final Compensation | 2100-000 | | 7,196.52 | 25,060.65 |
| 06/27/2017 | 5002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Reimbursement TR Expenses | 2200-000 | | 450.00 | 24,610.65 |
| | | | | Page Subtotals | 32,366.49 | 7,755.84 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 16-02478 | |
| Case Name: | C, P & J Corporation d/b/a Ploegman | |
| Taxpayer ID No: | **-***4956 | |
| For Period Ending: | 8/15/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C Berg | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5153 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/27/2017 | 5003 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | TR Attorneys - Final Compensation | 3120-000 | | 10,000.00 | 14,610.65 |
| 06/27/2017 | 5004 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | TR Attorneys' Expense Reimbursement | 3120-000 | | 443.17 | 14,167.48 |
| 06/27/2017 | 5005 | Kutchins, Robbins & Diamond<br>35 E Wacker Dr<br>Suite 1550<br>Chicago, IL 60601 | TR Accountant Fees | 3410-000 | | 3,085.50 | 11,081.98 |
| *06/27/2017 | 5006 | CHRIS BAILLIE<br>3200 Knowlton Ave<br>The Villages, FL 32163 | Gross: $1,837.78 Fed: $275.67 SocSec: $113.94 Medicare: $26.65 State: $68.92 | 5300-003 | | 1,352.60 | 9,729.38 |
| 06/27/2017 | 5007 | JORJA BOILEY<br>W9014 R&D Townline Rd<br>Delavan , WI 53115 | Gross: $4,622.10 Fed: $693.32 SocSec: $286.57 Medicare: $67.02 State: $289.81 | 5300-000 | | 3,285.38 | 6,444.00 |
| 06/27/2017 | 5008 | ROBERT CRAIG BOILEY<br>3200 Knowlton Avenue<br>The Villages, FL 32163 | Gross: $4,622.10 Fed: $693.32 SocSec: $286.57 Medicare: $67.02 State: $173.33 | 5300-000 | | 3,401.86 | 3,042.14 |
| 06/27/2017 | 5009 | Wisconsin Department of Revenue<br>PO Box 8902<br>Madison, WI 53708 | Withholdings for State Withholding | 5300-000 | | 289.81 | 2,752.33 |
| | | | Page Subtotals | | 0.00 | 21,858.32 | |

# FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02478 | | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- |
| Case Name: | C, P & J Corporation d/b/a Ploegman | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5153 Checking Account |
| Taxpayer ID No: | **-***4956 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/15/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/27/2017 | 5010 | Illinois Department of Revenue Springfield, IL | Withholdings for State Withholding | | | 242.25 | 2,510.08 |
| | | | CHRIS BAILLIE (State) (68.92) | 5300-000 | | | |
| | | | ROBERT CRAIG BOILEY (State) (173.33) | 5300-000 | | | |
| 06/27/2017 | 5011 | CHRIS BAILLIE 1N498 Seminole Winfield, IL 60190 | Gross: $1,837.78 Fed: 275.67 SocSec: $113.94 Medicare: $26.65 State: $68.92 | 5300-000 | | 1,352.60 | 1,157.48 |
| *06/27/2017 | | CHRIS BAILLIE 3200 Knowlton Ave The Villages, FL 32163 | Gross: $1,837.78 Fed: $275.67 SocSec: $113.94 Medicare: $26.65 State: $68.92 | 5300-003 | | (1,352.60) | 2,510.08 |
| 06/27/2017 | | Internal Revenue Service St Louis, MO | Withholdings for (Fed, Medicare, SocSec) | | | 2,510.08 | 0.00 |
| | | | CHRIS BAILLIE (Fed) (275.67) | 5300-000 | | | |
| | | | CHRIS BAILLIE (SocSec) (113.94) | 5300-000 | | | |
| | | | CHRIS BAILLIE (Medicare) (26.65) | 5300-000 | | | |
| | | | JORJA BOILEY (Fed) (693.32) | 5300-000 | | | |
| | | | JORJA BOILEY (SocSec) (286.57) | 5300-000 | | | |
| | | | JORJA BOILEY (Medicare) (67.02) | 5300-000 | | | |
| | | | ROBERT CRAIG BOILEY (Fed) (693.32) | 5300-000 | | | |
| | | | Page Subtotals | | 0.00 | 2,752.33 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02478 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | C, P & J Corporation d/b/a Ploegman | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5153 Checking Account |
| Taxpayer ID No: | **-***4956 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/15/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | ROBERT CRAIG BOILEY (SocSec) (286.57) | 5300-000 | | | |
| | | | ROBERT CRAIG BOILEY (Medicare) (67.02) | 5300-000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Page Subtotals | | 0.00 | 2,510.08 |
| | | **COLUMN TOTALS** | | 32,366.49 | 32,366.49 |
| | | Less:Bank Transfer/CD's | | 32,366.49 | 0.00 |
| | | **SUBTOTALS** | | 0.00 | 32,366.49 |
| | | Less: Payments to Debtors | | | 0.00 |
| | | **Net** | | 0.00 | 32,366.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: | 78,930.44 | | | | | |
| All Accounts Gross Disbursements: | 78,930.44 | | ******6617 Checking Account | 77,430.44 | 45,063.95 | |
| All Accounts Net: | 0.00 | | ******5153 Checking Account | 0.00 | 32,366.49 | |
| | | | **Net Totals** | 77,430.44 | 77,430.44 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 17)      **Exhibit 9**